UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)
Bettie Pullen-Walker

V.

Defendant(s)
Roosevelt University, its Board of Trustees, Valerie Juncsik, Antonia Potenza, George Lowery, Antonio...

FILED
J.N
APR 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case N  08cv2299
JOUDGE PALLMEYER
MAG. JUDGE MASON

MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, __Bettie Pullen-Walker__, declare that I am the (check appropriate box)
   [✓] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item must be completed]: Attempts to obtain counsel have been made through agencies, legal referral services, inquiries among church groups and callsfrom sources found in local ads. Telephone directories, and among other lawyers engaged in different areas. No one in the legal community has been encouraging concerning student litigation and offered advice only.

3. In further support of my motion, I declare that (check appropriate box):

   [ ] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [✓] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [✓] I have attached an original Application for Leave to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   [✓] I have previously filed an Application for Leave to Proceed In Forma Pauperis in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed In Forma Pauperis in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

__Bettie Pullen-Walker__
Movant's Signature

__April 22, 2008__
Date

__745 East 84th Place (A)__
Street Address

__Chicago, IL 60619__
City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _Judge John Durrah_    Case Number: _05C_

Case Title: _Title IX, the Education Amendment Act_

Appointed Attorney's Name: _Attorney A. Smith_

If this case is still pending, please check box  NO ☐

---

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box  ☐

---

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box  ☐

---

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box  ☐