# United States District Court
# Northern District of Illinois

In the Matter of

Bettie Pullen-Walker

v.

Roosevelt University, et al

Case No. 08 C 2299

Designated Magistrate Judge
Michael T. Mason

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
## FOR A REASSIGNMENT

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be reassigned to the calendar of Judge **John W. Darrah**. The reasons for my recommendation are indicated on the reverse of this form.

*Judge Rebecca R. Pallmeyer*

Dated: April 29, 2008

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **John W. Darrah**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

*Chief Judge James F. Holderman*

Dated: APR 3 0 2008

Reassignment/Named Judge (Rev. 9/99)



|   |   |   |
|---|---|---|
| ■ | 40.3(B)(2) | This case appears to involve the same parties and subject matter as case number **05 C 5648** assigned to the calendar of Judge **John W. Darrah** and dismissed prior to the filing of this case. |
| ☐ | IOP 13 | This cause was assigned from the calendar of Judge ____ for coordinated or consolidated pretrial discovery proceedings. |
| ☐ |  | This cause was assigned from the calendar of Judge ____ as a Multi-District Litigation case. Consolidated pretrial has been completed and the case should be reassigned to said Judge. |
| ☐ | IOP 13 | This case should be transferred to the Fugitive Calendar as the defendant is a fugitive. |
| ☐ | IOP 13 | This case should be reassigned as a replacement for case number ____ which was reassigned by agreement to my calendar on ____ . |
| ☐ | IOP 13 | This case should be reassigned as a replacement for case number ____ in which a recusal was permitted. |