M/-/W

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO, ILLINOIS

FILED
5-2-2008
MAY - 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTICE OF FILING

08cv2299

**EMERGENCY MOTION TO FILE A COMPLAINT ON NEW DISCOVERY PURSUANT TO RULE 60(b) ON DUE PROCESS AND MANDATED RIGHTS IN EDUCATION DENIED**

This Notice of Filing a Motion on Due Process Denied in Education was submitted to the Clerk of the District Court for appearance and hearing before the Honorable Judge, as appointed, concerning the Complaint filed, as stated therein, all parties duly informed of the premises, and hereby served on you.

May 2, 2008
DATE

[signature]
SIGNATURE CERTIFICATION

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO, ILLINOIS

FILED
5-2-2008
MAY - 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| BETTIE PULLEN-WALKER ) | |
| Plaintiff/Appellant ) | CASE No. 08C2299 |
| vs. ) | |
| ) | |
| ROOSEVELT UNIVERSITY, ROOSEVELT ) | THE HONORABLE JUDGE: |
| UNIVERSITY BOARD OF TRUSTEES, ) | JOHN H. DARRAH |
| Valerie Janesick, George Lowery, Antonia Potenza ) | |
| Theodore Gross, Charles Middleton, Tanya ) | |
| Woltman, Agents, Employees, Attorneys ) | |
| ) | |
| Defendant/Appellees ) | |

**EMERGENCY MOTION TO FILE A COMPLAINT ON NEW DISCOVERY PURSUANT TO RULE 60(b) ON DUE PROCESS AND MANDATED RIGHTS IN EDUCATION DENIED**

**To:** Mr. Robert E. Swain and Steve Richart
   Attorney for the Defendants
   Hodges, Loizzi, Eisenhammer, Rodick, and Kohn
   3030 Salt Creek Lane #202
   Arlington Heights, Illinois 60005
   847/607-9000

Bettie Pullen-Walker, Pro-Se
745 East 84th Place (1S)
Chicago, Illinois 60619
773/487-0084

May 2, 2008
DATE

_Bettie Pullen-Walker_
SIGNATURE CERTIFICATION

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO, ILLINOIS

### CERTIFICATE OF SERVICE

I, BETTIE PULLEN-WALKER, PRO-SE, HEREBY CERTIFY that on this day, the 2nd of May 2008, a true and correct copy of the foregoing Emergency Motion on New Discovery and Due Process in Education Denied was filed with the Clerk of the Court concerning a Complaint for an appearance and hearing before the Honorable Judge, as appointed, and by United States Postal Service to the attorneys for defendants at their place of business, 3030 Salt Creek Lane, Suite 202, Arlington Heights, Illinois.

May 2, 2008
DATE

_____
SIGNATURE CERTIFICATION