

7/18/02

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

F I L E D
MAY - 2 2008
May 2, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## IN FORMA PAUPERIS APPLICATION
## AND
## FINANCIAL AFFIDAVIT

_____Bettie Pullen-Walker_____
Plaintiff

v.

_Roosevelt University, et al_____
Defendant(s)

**DARRAH**

CASE NUMBER ___08 C 2299___

JUDGE ___JOHN H. Darrah___

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, ___Bettie Pullen-Walker_____, declare that I am the ☐plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated? ☐Yes ☒No (If "No," go to Question 2)

   I.D. #_____ Name of prison or jail:_____

   Do you receive any payment from the institution? ☐Yes ☐No Monthly amount:____

2. Are you currently employed? ☐Yes ☐No

   Monthly salary or wages: ___N/A_____

   Name and address of employer: _____

   a. If the answer is "No":

   Date of last employment: _May 1998_____

   Monthly salary or wages: __Approximately   $4000 monthly_____

   Name and address of last employer: Chicago Board of Education, 125 S. Clark, Chicago, IL

-1-

    b. Are you married?  ☐ Yes  ☒ No

Spouse's monthly salary or wages:_____

Name and address of last employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

    a. Salary or wages  ☐ Yes  ☒ No
Amount_____ Received by_____

    b. ☐ Business, ☐ profession or ☐ other self-employment  ☐ Yes  ☒ No

Amount_____ Received by_____

    c. ☐ Rent payments, ☐ interest or ☐ dividends  ☐ Yes  ☒ No

Amount_____ Received by_____

    d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support ☐ Yes  ☒ No

Amount_____ Received by_____

    e. ☐ Gifts or ☐ inheritances  ☐ Yes  ☒ No

Amount_____ Received by_____

    f. ☐ Any other sources (state source:____SSI____) ☒ Yes  ☐ No

Amount__$637.00_____ Received by__Bettie Pullen-Walker_____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?  ☐ Yes  ☒ No  Total amount:_____

In whose name held:_____ Relationship to you:_____

-2-

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?  ☐Yes   ☒No

    Property:_____Current Value:_____

    In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?  ☐Yes   ☐No

    Address of property: 745 East 84th Place, Chicago, IL   60619

    Type of property:   1 bedroom condominium     Current value:   $58- 6000

    In whose name held:  Julia Branson (LEIN)   Relationship to you: Foreclosure Ongoing

    Amount of monthly mortgage or loan payments:  $295.54   Assessment $234.00

    Name of person making payments:    Bettie Pullen-Walker

    Relationship to you:   Same

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?   ☐Yes   ☒No

    Property:_____

    Current value:_____

    In whose name held

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support.  If none, check here  ☒No dependents

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _____May 2, 2008_____      _____[signature]_____
                                  Signature of Applicant

                                  _____Bettie Pullen-Walker_____
                                          (Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.#_____, has the sum of $_____ on account to his/her credit at (name of institution)_____. I further certify that the applicant has the following securities to his/her credit:_____. I further certify that during the past six months the applicant's average monthly deposit was $_____. (Add all deposits from all sources and then divide by number of months).

DATE                    SIGNATURE OF AUTHORIZED OFFICER