FILED

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MAY - 2 2008
MAY 2, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| Plaintiff(s) | ) |
| Bettie Pullen-Walker | )  Case Number:  08 C 2299 |
| V. | ) |
| Defendant( s) | )  Judge  JOHN H. DARRAH |
| Roosevelt University, et al | ) |

### MOTION FOR APPOINTMENT OF COUNSEL

**[NOTE:** Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1.  I, ___Bettie Pullen-Walker___ ,declare that I am the (check appropriate box)

    [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford

    the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2.  In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding**[NOTE:** This item *must* be completed]:

    Attempts to obtain counsel were made in application to the court, through church organizations, and legal agencies. Telephone listings have been called. Contacts have been made on referral by other attorneys. Attorneys have provided consultation and brief intervals of advice. Only the court appointed attorney had the time or interest in proceeding pro-bono and withdrew when judgment was rendered [Plaintiff suggesting correction in the District court to avoid am appeal was considered]"'difference instrategy"

3.  In further support of my motion, I declare that (check appropriate box):

    [ ] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

    [X] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4.  In further support of my motion, I declare that (check appropriate box):

    [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

    [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

    [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding.

However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5.        I declare under penalty that the foregoing is true and correct.

| | |
|---|---|
| *signature* | 745 East 84th Place (Unit 1 S) |
| Movant's Signature | Street Address |
| May April 2, 2008 | Chicago, IL 60619 |
| Date | City, State, ZIP |

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

| Assigned Judge: | Darrah | Case Number: | 05 C 5428 |
|---|---|---|---|
| Case Title: | Title IX | | |
| Appointed Attorney's Name: | A. Smith | | |
| If this case is still pending, please check box | ☐ | | |

| Assigned Judge: | | Case Number: | |
|---|---|---|---|
| Case Title: | | | |
| Appointed Attorney's Name: | | | |
| If this case is still pending, please check box | ☐ | | |

| Assigned Judge: | | Case Number: | |
|---|---|---|---|
| Case Title: | | | |

| | |
|---|---|
| Appointed Attorney's Name: | |
| If this case is still pending, please check box | |

| | |
|---|---|
| Assigned Judge: | Case Number: |
| Case Title: | |
| Appointed Attorney's Name: | |
| If this case is still pending, please check box | |