**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Bettie Pullen–Walker

　　　　　　　　　　　　　　Plaintiff,

v.                                                    Case No.: 1:08–cv–02299
                                                      Honorable John W. Darrah

Roosevelt Univerisy, et al.

　　　　　　　　　　　　　　Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 8, 2008:

    MINUTE entry before Judge Honorable John W. Darrah:Plaintiff's motions for leave to proceed in forma pauperis [3], [8], to appoint counsel [4] and emergency motion for leave to file complaint on new discovery pursuant to Rule 60(b) is denied [6]. This is a re–filing of 05 C 5648. Civil case terminated. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.