# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | James F. Holderman |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2299 | **DATE** | 6/10/2008 |
| **CASE TITLE** | Bettie Pullen-Walker vs. Roosevelt University, et al. | | |

**DOCKET ENTRY TEXT**

    Plaintiff Bettie Pullen-Walker's *pro se* Amended Emergency Motion For Reassignment De Novo: Judgment In Error Based On *Res Judicata,* Dismissal on Rule 60(b) Filed 45 Days After Judgment, Rule 59(e) Timely-Filed Overlooked, New Discovery Overlooked, Due Process Denied, sent to Chief Judge Holderman by plaintiff, is to be filed in Case No. 08 C 2299 to be considered and addressed by Judge Darrah the judge presiding in the case.

■[ For further details see text below.]          Docketing to mail notices.

**STATEMENT**

    Neither Chief Judge Holderman nor the Executive Committee has jurisdiction to review *de novo* or otherwise the decisions of any United States District Judge on the merits of any case.

    The United States Court of Appeals for the Seventh Circuit has jurisdiction to review a final order entered by a judge of the United States District Court for the Northern District of Illinois.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|