# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 cv 2299 | **DATE** | June 19, 2008 |
| **CASE TITLE** | Bettie Pullen-Walker v. Roosevelt University, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff Bettie Pullen-Walker's *pro se* "Amended Emergency Motion For Reassignment De Novo; Judgment in Error Based on Res Judicata, Dismissal on Rule 60(b) Filed 45 Days After Judgment, Rule 59(e) Timely-Filed Overlooked, New Discovery Overlooked, Due Process Denied" [11], raising matters previously resolved, is denied.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|