UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO, ILLINOIS

**FILED**
JUN 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTICE OF MOTION

**MOTION OF APPEAL FOR ASSSIGNMENT TO A NEW JUDGE**

This Notice of Filing a Motion to Appeal for Assignment to a New Judge pursuant to Rule 36 of the Seventh Circuit is respectfully requested to ensure impartiality in decisions of important federal question upon Judgment rendered on res judicata without merit in error of law and statutes pursuant to Rule 1447(c), a timely-filed motion within 10 days of judgment that extended time to appeal pursuant to Rule 59(e) replaced by Rule 60(b) filed 45 day after judgment for an answer instanter. New Discovery revealed Deception and Concealment that required review as a matter of law pursuant to Federal Rules of Evidence, and Due Process was denied to Constitutional rights to a fair trial and defense. The Implied Cause of Action was never addressed as required under codified mandates enacted for the protection of student rights in private Higher Education pursuant to U.S.C. § 1681 et seq., of Title IX, the Education Amendment Act of 1972. All issues and claims were not addressed before judgment pursuant to Rule 304(a). The assignment to a new judge pursuant to Rule 36 as set forth therein, the material facts true and accurate to the best of my knowledge, and hereby served on you.

__June 25, 2008__
DATE

_____
SIGNATURE CERTIFICATION

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO, ILLINOIS**

**CERTIFICATE OF SERVICE**

I, BETTIE PULLEN-WALKER, PRO-SE, HEREBY CERTIFY that on this 25th day of June 2008, a true and correct copy of the foregoing Motion to Appeal for Reassignment to a new judge in a new case under de novo standard granted by the Chief Justice based on judgment rendered on res judicata in error of law and statutes, timely-filed Rule 59(e) overlooked, new discovery overlooked that revealed Deception and Concealment, and due process denied, the material facts fully set forth therein was filed with the Clerk of the Court at 219 South Dearborn, Chicago, Illinois by hand delivery, and by United States Postal Service to the attorneys for defendants at their place of business, 3030 Salt Creek Lane, Suite 202, Arlington Heights, Illinois.

June 25, 2008
DATE

_[signature]_
SIGNATURE CERTIFICATION