# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 cv 2299 | **DATE** | August 4, 2008 |
| **CASE TITLE** | Bettie Pullen-Walker v. Roosevelt University, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's case was previously dismissed as a re-filing of an earlier case; the Court has also denied a post-judgment "emergency motion for reassignment." Plaintiff has now filed an "Emergency Motion Concerning De Novo Standard Granted and Dismissed Without Opportunity to Refile" [14] and a "Motion to Appeal for Assignment to a New Judge" [15]. Both of these motions are denied as stating no grounds for relief before this Court.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|